NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**RICARDO J. CALDERON LOPEZ,**

*Petitioner*

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

*Respondent*

2026-135

Appeal from the United States Court of Appeals for the Ninth Circuit in No. 26-366.

PER CURIAM.

## O R D E R

Ricardo J. Calderon Lopez purports to appeal a decision of the United States Court of Appeals for the Ninth Circuit denying his petition for a writ of mandamus.  As previously explained to Mr. Calderon Lopez, decisions of the Ninth Circuit are outside of this court's jurisdiction. *See, e.g.,* Appeal Nos. 2026-1609, 2024-2079, 2024-1970, 2024-1998.

Accordingly,

2      CALDERON LOPEZ v. COMMISSIONER OF SOCIAL SECURITY

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 22, 2026
Date